FILED
CLERK, U.S. DISTRICT COURT
4/12/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MCNEAL, an individual, | Case No. 2:20-cv-07854-PSG-JC |
| Plaintiff, | |
| v. | [PROPOSED] JUDGMENT (RE: DEFAULT JUDGMENT) |
| JOEL HELLER, an individual; and DOES 1-10, | |
| Defendants. | |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Ramon McNeal shall have JUDGMENT in his favor against Defendant Joel Heller. Defendant Joel Heller is ordered to provide, within one hundred eighty (180) days, compliant signage regarding accessible parking and an accessible route of travel within the property boundary connecting the designated disabled parking

space to the building entrance at the property located at or about 1840 E Artesia Blvd., Long Beach, CA 90805, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 4/12/21

_____
Hon. Phillip S. Gutierrez
United States District Judge
Central District of California

*Presented by*:

Anoush Hakimi (SBN 228858)
*anoush@handslawgroup.com*
Peter Shahriari (SBN 237074)
*peter@handslawgroup.com*
Ani Avetisyan (SBN 266679)
*ani@handslawgroup.com*
Laura Steven (SBN 332168)
*laura@handslawgroup.com*
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170
Attorneys for Plaintiff,
Ramon McNeal